IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TY BOOK | § § | |
| V. | § § | C.A. NO. 1:14-CV-85 |
| BAKER HUGHES, INC., ET AL | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW **TY BOOK**, Plaintiff herein, and **BAKER HUGHES INCORPORATED**, a defendant herein, and file this their Agreed Motion to Dismiss with Prejudice and in support of which would respectfully show the Court as follows:

I.

Plaintiff, **TY BOOK**, no longer desires to pursue his claims and causes of action against Defendant, **BAKER HUGHES INCORPORATED**, only. The parties therefore request this court enter an order dismissing Plaintiff's, **TY BOOK**, claims against Defendant, **BAKER HUGHES INCORPORATED**, with prejudice.

Respectfully submitted,

By: _/s/ Steven C. Barkley_
STEVEN C. BARKLEY
Lead Attorney
State Bar No. 01750500
STEVEN C. BARKLEY
Attorney at Law
3560 Delaware, Suite 305
Beaumont, Texas 77706
Telephone: (409) 899-2277
Facsimile: (409) 899-2477
Email: baylorlawyer@aol.com

**ATTORNEY FOR PLAINTIFF**

By:    */s/ Staton M. Childers*
**STATON M. CHILDERS**
Federal Bar No. 20599
State Bar No. 00796348
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: Staton.Childers@leclairryan.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT
BAKER HUGHES INCORPORATED**

OF COUNSEL:
LeClairRyan

**BRIANNE W. RICHARDSON**
Federal Bar No. 713680
State Bar No. 24056500
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 654-1111
Facsimile: (713) 650-0027
Email: Brianne.Richardson@leclairryan.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was forwarded to all attorneys of record by certified mail, return receipt request, hand delivery, fax and/or regular mail, on this the ____ day of October, 2014, as follows:

| | |
|---|---|
| Mr. Staton M. Childers | *Via Email: staton.childers@leclairryan.com* |
| Ms. Brianne W. Richardson | *Via Email: brianne.richardson@leclairryan.com* |
| LeClairRyan | |
| 1233 West Loop South, Suite 1000 | |
| Houston, Texas 77027 | |
| | |
| Mr. Marc. J. Wojciechowski | *Via Email: marc@wojolaw.com* |
| Mr. Chris Paugh | *Via Email: chris@wojolaw.com* |
| WOJCIECHOWSKI & ASSOCIATES, P.C. | |
| 17447 Kuykendahl Rd, Suite 200 | |
| Spring, TX 77379 | |

_____
STEVEN C. BARKLEY